# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES FILARDI, COURTNEY ANDERSEN, LISA BURMEISTER, KENNETH LEONARD, DOROTHY PETERSEN, STEPHANIE RANEY, IRENE NUNEZ, CONRADO MOREIRA, KIARA REED, NACOLE HOUSTON, MONIKA BENNETT, JASON JARRELL, ALISON BARNHILL, KIMBERLEE FERRIS, JEFFREY GOULD, MELISSA SWARINGEN-ORTON, MICHELLE RUBIANO, and COLEMAN STEPHENS on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>MID-AMERICA PET FOOD, L.L.C.<br><br>        Defendant. | Case No. 7:23-cv-11170-NSR |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE PLAN

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs James Filardi, Courtney Andersen, Lisa Burmeister, Kenneth Leonard, Dorothy Petersen, Stephanie Raney, Irene Nunez, Conrado Moreira, Kiara Reed, Nacole Houston, Monika Bennett, Jason Jarrell, Alison Barnhill, Kimberlee Ferris, Jeffrey Gould, Melissa Swaringen-Orton, Michelle Rubiano, and Coleman Stephens (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, hereby move this Court for preliminary approval of the proposed class action settlement. In support thereof, Plaintiffs rely upon the accompanying Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement Class, and Approval of Notice Plan; the Declaration of Jeffrey S. Goldenberg ("Goldenberg Decl."); the

Declaration of Steven Weisbrot of Angeion Group, LLC Re: The Proposed Notice Plan; and the Settlement Agreement (and exhibits thereto) which is attached to the Goldenberg Decl. as Exhibit A filed contemporaneously with this Motion; the records, pleadings, and papers filed in this action; and such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion. A proposed Order granting this motion is attached as Exhibit E to the Settlement Agreement and will be filed separately on the docket.

Dated: November 20, 2024                                   Respectfully submitted,


By: */s/ Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg *(admitted pro hac vice)*
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Tel: 513-345-8297
Fax: 513-345-8294
jgoldenberg@gs-legal.com

**THE SULTZER LAW GROUP P.C.**
Jason P. Sultzer, Esq.
Jeremy Francis, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12061
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
francisj@thesultzerlawgroup.com

Michael R. Reese
Sue J. Nam
Carlos F. Ramirez
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel: (212) 643-500
mreese@reesellp.com
snam@reesellp.com
cramirez@reesellp.com

Charles Moore
**REESE LLP**
100 South 5th Street, Suite 1900
Minneapolis, Minnesota 55402
cmoore@reesellp.com

George V. Granade
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Tel: (310) 393-0070
ggranade@reesellp.com

Nick Suciu III, Esq.
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
Tel: (313) 303-3472
nsuciu@milberg.com

Trenton R. Kashima
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
401 West C St., Suite 1760
San Diego, California 92101
Tel: (714) 651-8845
tkashima@milberg.com

Russell Busch
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 E 50th Street
New York, New York 10022
Tel: (630) 796-0903
rbusch@milberg.com

Charles E. Schaffer *(admitted pro hac vice)*
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
Fax: 215-592-4663
cschaffer@lfsblaw.com

Samuel R. Jackson
**CARNEY BATES & PULLIAM,**

**PLLC**
519 W 7th Street
Little Rock, AR 72201
Tel: 501-312-8500
Fax: 501-312-8505
rpulliam@cbplaw.com
sjackson@cbplaw.com

Brandon M. Wise*
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
Telephone: 314-833-4825
Email: bwise@peifferwolf.com

Andrew R. Tate*
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
235 Peachtree Street NE, Suite 400
Atlanta, GA 30303
Telephone: (404) 282-4806
Email: atate@peifferwolf.com

*Attorneys for Plaintiffs and the Class*

**\*** *Pro Hac Vice* To Be Sought

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2024, I caused a true and correct copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE PLAN** with the Clerk of the Court for the Southern District of New York via the Court's CM/ECF system, which will send notification of such filing to the counsel of record in the above-captioned matters.

Date: November 20, 2024                    */s/ Jeffrey S. Goldenberg*
                                            Jeffrey S. Goldenberg