Mike Sussman
1686 S Federal Highway #151
Delray Beach FL 33483
mike.sussman@pm.me



January 5, 2026

Clerk of Court
US District Court
**300 Quarropas Street**
**White Plains, NY 10601-4150**



    In re: Filardi, et al. v. Mid-America Pet Food, LLC, Case No. 23-cv-1170.

To the Court:

This is my objection letter to the settlement. The settlement agreement defines: "Settlement Class" means all persons and entities residing in the United States who purchased one or more of the Mid America Pet Food Products.

However, neither the online claim form nor the paper claim form provide information for entities to submit claims. Both forms ask for First Name/Last Name. I did try to submit a claim for Private Page Inc. and I am not sure if the claim system if faulty or if it is because I used a business.

Not including information for businesses as to how to file a claim, and listing only First Name/Last Name on the claim form discourages businesses from filing claims and makes it appear that only persons can file claims.

I am a class member because I manage a couple companies that had a mascot and bought several of the products including the Members Mark (Sam's Club) Beef Brown Rice, also Victor Superpremium from Pet Supermarket, and I also personally bought pet food during the class period including. This objection applies to the sub-class being entities and also to the sub-class of persons managing businesses or who may have a financial interest in the business and unable to file a claim. I am not going to appear at the final hearing. I am not going to have an attorney file for reimbursement of any fees for this objection. I do not maintain a list of class actions I filed comments in, but I have filed some.

Please modify the electronic claim form and paper claim form to allow an entity name, extend the claims submissions period for 120 days for business, advertise focusing on business so they know it applies to them, and modify the website to make it clear that businesses can file claims and how to file a claim.

Very truly yours,

Michael Sussman

**Error 403** ✕

We have detected inconsistencies with your submission and/or interactions with the website. Please try again or on a different device (and disable any privacy settings). If the problem persists, please contact us by clicking the Contact form (or emailing info@midamericapetfoodsettlement.com) and include this submission ID: 7064e347-0cc8-406c-9b32-93809380e1fb.

Close