# EXHIBIT A



**1650 Arch Street • Suite 2210 • Philadelphia PA 19103**
www.angeiongroup.com

November 29, 2024

VIA USPS GROUND ADVANTAGE

United States Attorney General &
Appropriate Officials

**Re: Notice of Proposed Class Action Settlement**

Dear Counsel or Official:

This Notice is being provided to you on behalf of Mid America Pet Food, LLC ("Defendant") pursuant to the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the proposed class action settlement in the following action (the "Action"):

> **Case Name:** *Filardi et al. v. Mid America Pet Food, LLC*
> **Case No.:** No. 23-cv-11170
> **Jurisdiction:** Southern District of New York
> **Date Settlement Filed with Court:** November 20, 2024

Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement was filed with the Court on November 20, 2024. As of the date of this Notice, the Court has not yet scheduled a hearing on Plaintiffs' motion, granted preliminary approval of the proposed settlement, or scheduled a hearing for final approval of the settlement. 28 U.S.C. § 1715(b)(2).

Copies of all materials filed in the Action are electronically available on the Court's Pacer website found at https://pcl.uscourts.gov. In accordance with the requirements of 28 U.S.C. § 1715(b), copies of the following documents associated with this Action are available at https://www.angeiongroup.com/cafa, numbered as follows:

1. **28 U.S.C. § 1715(b)(1)-Complaint:**
   a. The *Class Action Complaint* was filed with the Court on December 22, 2023.
   b. The *Amended Consolidated Class Action Complaint* was filed with the Court on September 10, 2024.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** There are currently no scheduled hearings for this case as of the date of this Notice.

ACTIVE/133718889.2

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The proposed *Notice Forms* (3a)*,* proposed *Claim Form* (3b)*,* and *Declaration of Steven Weisbrot of Angeion Group Re: The Proposed Notice Plan* (3c) were filed with the Court on November 20, 2024.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:**
   a. The *Settlement Agreement* was filed with the Court on November 20, 2024.
   b. *Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement - Preliminary Certification of Settlement Class* (4b)*, Plaintiff's Memo in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement* (4c)*, Declaration of Jeffrey S. Goldenberg ISO Plaintiff's Motion for Preliminary Approval of Class Action Settlement* (4d)*,* and *Class Counsel's Firm Resumes* (4e) are also available at https://www.angeiongroup.com/cafa.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** Other than the Settlement Agreement, there are no other settlements or agreements made between the parties related to the proposed settlement.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:** As of the date of this Notice, no final judgment or notice of dismissal has been entered in the Action.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:**
   As defined in the settlement papers presented to the Court, the "Class" or the "Settlement Class" means all persons and entities residing in the United States who purchased one or more of the Mid America Pet Food Products. Excluded from this Settlement Class are persons or entities whose claims are solely based upon the purchase of Mid America Pet Food Products for resale; corporate officers, members of the board of directors, and senior management of Defendant; persons or entities who otherwise meet the definition of Settlement Class Members, but who previously contacted Defendant prior to and during the pendency of this Action and/or the Texas Actions, signed a release and in exchange received financial compensation from Defendant; any and all judges and justices assigned to hear or adjudicate any aspect of this Action or the Texas Actions; any members of the Settlement Class that opt out prior to the opt out deadline; any entity in which Defendant has a controlling interest, and their legal representatives, officers, directors, assigns and successors; and Class Counsel. In this class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, such that it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable

Notice of Proposed Class Action Settlement

    estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. 28 U.S.C. § 1715(b)(7).

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court has not issued a judicial opinion concerning the proposed settlement at this time. The *Proposed Order Granting Unopposed Motion for Preliminary Approval of Class Action Settlement* was filed on November 20, 2024, and is available at https://www.angeiongroup.com/cafa.

If you need assistance accessing the above-referenced documents on Angeion's CAFA website, please contact independent claims administrator Angeion Group at:

**Angeion Group**
1650 Arch Street, Suite 2210
Philadelphia PA 19103
www.angeiongroup.com
info@angeiongroup.com

If you have any questions for counsel regarding this Notice, the Action, or the materials provided with this Notice, please contact Defendant's counsel, Jordan D. Weiss, Goodwin Procter LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018, (212) 813-8800, jweiss@goodwinlaw.com.

| Salutation | Company | Company (Abbreviation for USPS) | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Mr. Attorney General | Office of the Arizona Attorney General | Office of the Arizona AG | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 |
| Mr. Attorney General | Office of the Colorado Attorney General | Office of the Colorado AG | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Madame Attorney General | Delaware Attorney General | Delaware Attorney General | 820 N. French Street 6th FL | Carvel State Office Building | Wilmington | DE | 19801 |
| Madam Attorney General | Office of the Attorney General of Florida | Office of the AG of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Madame Attorney General | Office of the Hawaii Attorney General | Office of the Hawaii AG | 425 Queen Street | | Honolulu | HI | 96813 |
| Mr. Attorney General | Office of the Kentucky Attorney General | Office of the Kentucky AG | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601-3449 |
| Mr. Attorney General | Office of the Louisiana Attorney General | Office of the Louisiana AG | PO Box 94005 | | Baton Rouge | LA | 70804-4095 |
| Attorney General | Office of the Attorney General of Massachusetts | AG of Massachusetts | 1 Ashburton Place, 20th Floor | | Boston | MA | 02108-1698 |
| Mr. Attorney General | Office of the Maryland Attorney General | Office of the Maryland AG | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Madame Attorney General | Mississippi Attorney General's Office | Mississippi AG's Office | 550 High Street, Suite 1200 | Walter Sillers Building | Jackson | MS | 39201 |
| Mr. Attorney General | Office of the Montana Attorney General | Office of the Montana AG | 215 N Sanders | Justice Bldg. | Helena | MT | 59620-1401 |
| Mr. Attorney General | Office of the North Carolina Attorney General | Office of the North Carolina AG | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 |
| Mr. Attorney General | New Hampshire Attorney General | New Hampshire Attorney General | 33 Capitol Street | State House Annex | Concord | NH | 03301-6397 |
| Mr. Attorney General | Office of the New Jersey Attorney General | Office of the New Jersey AG | 25 Market Street, PO Box 080 | Richard J. Hughes Justice Complex | Trenton | NJ | 08625 |
| Mr. Attorney General | Office of the New Mexico Attorney General | Office of the New Mexico AG | PO Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Mr. Attorney General | Ohio Attorney General | Ohio Attorney General | 30 E. Broad Street, 14th Floor | State Office Tower | Columbus | OH | 43215 |
| Mr. Attorney General | South Dakota Office of the Attorney General | South Dakota Office of the AG | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Mr. Attorney General | Office of the Virginia Attorney General | Office of the Virginia AG | 202 North Ninth Street | | Richmond | VA | 23219 |
| Mr. Attorney General | Washington State Office of the Attorney General | Washington State AG's Office | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Mr. Attorney General | Office of the Alaska Attorney General | Office of the Alaska AG | 1031 W 4th Avenue, Suite 200 | | Anchorage | AK | 99501-1994 |
| Madam Attorney General | Arkansas Attorney General Office | Arkansas AG Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Mr. Attorney General | State of Connecticut Attorney General's Office | State of Connecticut AG's Office | 165 Capitol Ave | | Hartford | CT | 06106 |
| Mr. Attorney General | District of Columbia Attorney General | District of Columbia AG | 400 6th St, NW | | Washington | DC | 20001 |
| Mr. Attorney General | Office of the Georgia Attorney General | Office of the Georgia AG | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Mr. Attorney General | Iowa Attorney General | Iowa Attorney General | 1305 E. Walnut Street | Hoover State Office Building | Des Moines | IA | 50319 |
| Mr. Attorney General | Illinois Attorney General | Illinois Attorney General | 100 W. Randolph Street | James R. Thompson Center | Chicago | IL | 60601 |
| Mr. Attorney General | Office of the Maine Attorney General | Office of the Maine AG | 6 State House Station | | Augusta | ME | 04333 |
| Mr. Attorney General | Missouri Attorney General's Office | Missouri AG's Office | 207 W. High Street, PO Box 899 | Supreme Court Building | Jefferson City | MO | 65101 |
| Mr. Attorney General | Office of the Nebraska Attorney General | Office of the Nebraska AG | PO BOX 98920 | 2115 State Capitol | Lincoln | NE | 68509 |
| Mr. Attorney General | Nevada Attorney General | Nevada Attorney General | 100 North Carson Street | Old Supreme Ct. Bldg. | Carson City | NV | 89701 |
| Mr. Attorney General | Oklahoma Office of the Attorney General | Oklahoma Office of the AG | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Madam Attorney General | Office of the Oregon Attorney General | Office of the Oregon AG | 1162 Court Street NE | Oregon Department of Justice | Salem | OR | 97301-4096 |
| Mr. Attorney General | Pennsylvania Office of the Attorney General | Pennsylvania Office of the AG | 1600 Strawberry Square, 16 FL | | Harrisburg | PA | 17120 |
| Mr. Attorney General | State of Rhode Island Office of the Attorney General | Rhode Island Office of the AG | 150 South Main Street | | Providence | RI | 02903 |
| Mr. Attorney General | Attorney General of Texas | Attorney General of Texas | PO Box 12548 | Capitol Station | Austin | TX | 78711-2548 |
| Mr. Attorney General | Utah Office of the Attorney General | Utah Office of the AG | PO Box 142320 | 350 North State Street Suite 230 | Salt Lake City | UT | 84114-2320 |
| Mr. Attorney General | West Virginia Attorney General | West Virginia Attorney General | 1900 Kanawha Blvd., E. | Capitol Complex, Building 1, Room E-26 | Charleston | WV | 25305 |
| Madame Attorney General | Office of the Wyoming Attorney General | Office of the Wyoming AG | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 |
| Mr. Attorney General | Office of the Alabama Attorney General | Office of the Alabama AG | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Attorney General | Office of the California Attorney General | Office of the California AG | 455 Golden Gate Ave, Ste 11000 | Consumer Law Section | San Francisco | CA | 94102 |
| Mr. Attorney General | State of Idaho Attorney General's Office | State of Idaho AG's Office | 700 W Jefferson St  Suite 210 | PO Box 83720 | Boise | ID | 83720-0010 |
| Mr. Attorney General | Indiana Attorney General's Office | Indiana AG's Office | 302 West Washington Street, 5th Floor | Indiana Government Center South | Indianapolis | IN | 46204 |
| Mr. Attorney General | Kansas Attorney General | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612 |
| Madame Attorney General | Office of the Michigan Attorney General | Office of the Michigan AG | 525 W. Ottawa Street, PO Box 30212 | G Mennen Williams Bldg., 7th Fl | Lansing | MI | 48909 |
| Mr. Attorney General | Minnesota Attorney General's Office | Minnesota AG's Office | 445 Minnesota St Ste 1400 | STATE CAPITOL | St. Paul | MN | 55101-2190 |
| Mr. Attorney General | State of North Dakota Office of the Attorney General | North Dakota Office of the AG | 600 E. Boulevard Avenue, Dept 125 | State Capitol | Bismarck | ND | 58505-0040 |
| Madame Attorney General | Office of the New York Attorney General | Office of the New York AG | The Capitol | | Albany | NY | 12224-0341 |
| Mr. Attorney General | South Carolina Attorney General | South Carolina Attorney General | PO Box 11549 | Rembert C. Dennis Bldg. | Columbia | SC | 29211-1549 |
| Mr. Attorney General | Tennessee Office of the Attorney General and Reporter | Tennessee AG and Reporter | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Mr. Attorney General | Office of the Attorney General of Vermont | Office of the AG of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Mr. Attorney General | Office of the Wisconsin Attorney General | Office of the Wisconsin AG | PO Box 7857 | Wisconsin Department of Justice, State | Madison | WI | 53707-7857 |
| Mr. Attorney General | American Samoa Attorney General | American Samoa AG | UTULEI, Territory of American Samoa | EXEC. OFC. BLDG - 3rd Floor | Pago Pago | AS | 96799 |
| Mr. Attorney General | Office of the Attorney General of the United States | Office of the AG of the US | 950 Pennsylvania Avenue, NW | United States Department of Justice | Washington | DC | 20530-0001 |
| Mr. Attorney General | Office of the Attorney General Guam | The Attorney General of Guam | 590 S.Marine Corps Drive, Suite 901 | | Tamuning | GU | 96913 |
| Mr. Attorney General | Office of the Northern Mariana Islands Attorney General | Northern Mariana Islands AG | Caller Box 10007 | Administration Building | Saipan | MP | 96950-8907 |
| Mr. Attorney General | Puerto Rico Secretary of Justice | Puerto Rico Secretary of Justice | PO BOX 9020192 | | San Juan | PR | 00902-0192 |
| Madame Attorney General | Virgin Islands Attorney General | Virgin Islands Attorney General | 3438 Kronprindsens Gade | GERS Building, 2nd Fl | St. Thomas | VI | 00802 |

| Name 1 | Name 2 | Street | Street 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Agricultural Compliance | Alabama Department of Agriculture and Industries | 1445 Federal Drive | | Montgomery | AL | 36107 |
| Division of Agriculture | Alaska Department of Natural Resources | 1800 Glenn Highway | Suite 12 | Palmer | AK | 99645 |
| Environmental Services Division | Arizona Department of Agriculture | 1688 West Adams Street | | Phoenix | AZ | 85007 |
| Feed and Fertilizer Division | Arkansas State Plant Board | P.O. Box 1069 | | Little Rock | AR | 72203 |
| California Department of Food and Agriculture | Commercial Feed Regulatory Program, Safe | 1220 N Street | | Sacramento | CA | 95814 |
| Feed Program | Colorado Department of Agriculture | 305 Interlocken Parkway | | Broomfield | CO | 80021 |
| Connecticut Department of Agriculture | | 450 Columbus Blvd. | | Hartford | CT | 6103 |
| Agriculture Compliance Lab | Delaware Department of Agriculture | 2310 South DuPont Highway | | Dover | DE | 19901 |
| Feed and Seed Section | Florida Department of Agriculture and Consumer | 3125 Conner Blvd | L-29, Bldg. 8 | Tallahassee | FL | 32399-1650 |
| Agricultural Inputs Section | Georgia Department of Agriculture | 19 Martin Luther King Jr Dr SW | Room 410 | Atlanta | GA | 30334-4200 |
| Commodities Branch | Hawaii Department of Agriculture | 1851 Auiki Street | | Honolulu | HI | 96819-3100 |
| Division of Plant Industries | Idaho State Department of Agriculture | P.O. Box 790 | | Boise | ID | 83701 |
| Bureau of Agriculture Products Inspection | Department of Agriculture | State Fairgrounds, P.O. Box 19281 | | Springfield | IL | 62794-9281 |
| Office of Indiana State Chemist & Seed Commissioner | | 175 S. University St. | | West Lafayette | IN | 47907-2063 |
| Feed and Fertilizer | Iowa Department of Agriculture | 502 E 9th Street | | Des Moines | IA | 50319-5055 |
| Dairy and Feed Safety | Kansas Department of Agriculture | 1320 Research Park Drive | | Manhattan | KS | 66502 |
| Division of Regulatory Services | University of Kentucky | 103 Regulatory Services | | Lexington | KY | 40546-0275 |
| Feed Program Animal Health & Food Safety | Louisiana Department of Agriculture and Forestry | Feed Program, c/o LDAF Revenue | 110 LSU Union Square | Baton Rouge | LA | 70803 |
| Division of Quality Assurance and Regulations | Maine Department of Agriculture, Conservation | 28 SHS | | Augusta | ME | 4333 |
| State Chemist Section | Maryland Department of Agriculture | 50 Harry S. Truman Parkway | | Annapolis | MD | 21401 |
| Massachusetts Department of Agricultural Resources | | 251 Causeway Street | Suite 500 | Boston | MA | 2114 |
| Pesticide and Plant Pest Management Division | Michigan Department of Agriculture and Rural | P.O. Box 30017 | | Lansing | MI | 48909 |
| Bureau of Feed and Seed | Missouri Department of Agriculture | P.O. Box 30776 | | Lansing | MI | 48909 |
| Agriculture Sciences Division – Commodity Services Bureau | Montana Department of Agriculture | PO Box 200201 | | Helena | MT | 59620-0201 |
| Animal and Plant Health Protection | Nebraska Department of Agriculture | 301 Centennial Mall South, P.O. Box 94756 | | Lincoln | NE | 68509 |
| Nevada Department of Agriculture | | 405 S. 21st Street | | Sparks | NV | 89431 |
| New Hampshire Department of Agriculture, | Markets & Food | 25 Capitol Street | Room 218 | Concord | NH | 03302 |
| Agricultural Chemistry Program, Division of Marketing and Development | New Jersey Department of Agriculture | P.O. Box 330 | | Trenton | NJ | 8625 |
| Agriculture Production Services Division; Feed, Seed, and Fertilizer Section | New Mexico Department of Agriculture | MSC 3150/P.O. Box 30005 | | Las Cruces, | NM | 88003-8005 |
| Division of Food Safety & Inspection | New York State Department of Agriculture & | 10B Airline Drive | | Albany | NY | 12235 |
| NCDA&CS, Food and Drug Protection Division | NC Animal Feed Program | 1070 Mail Service Center | | Raleigh | NC | 27699-1070 |
| Grain & Livestock Licensing Division | North Dakota Dept. of Agriculture | 600 E. Boulevard Ave. | Suite 602 | Bismarck | ND | 58505-0020 |
| Plant Health Division | Ohio Department of Agriculture | 8995 E. Main Street | | Reynoldsburg | OH | 43068-3399 |
| Consumer Protection Services Division | Oklahoma Department of Agriculture, Food, | P.O. Box 528804 | | Oklahoma City | OK | 73152-8804 |
| Feed Safety Program | Oregon Department of Agriculture | 635 Capital Street | | Salem | OR | 97055 |
| Bureau of Plant Industry | Pennsylvania Department of Agriculture | 2301 N Cameron St | | Harrisburg | PA | 17110 |
| Department of Environmental Management | Division of Agriculture | 35 Promenade Street | Room 370 | Providence | RI | 2908 |
| Consumer Protection Division | Department of Agriculture | 123 Ballard Court | | West Columbia | SC | 29176 |
| Puerto Rico Department of Agriculture | | Apartado 10163, | | Santurce | PR | 00908-1163 |
| Division of Agronomy Services | South Dakota Department of Agriculture | 523 East Capitol | Foss Building | Pierre | SD | 57501 |
| Consumer & Industry Services | Tennessee Department of Agriculture | 440 Hogan Road | | Nashville | TN | 37220 |
| Office of the Texas State Chemist | Texas A&M University System | P.O. Box 3160 | | College Station | TX | 77841-3160 |
| Plant Industry Division | Utah Department of Agriculture and Food | 350 N Redwood Rd. | | Salt Lake City | UT | 84114-6500 |
| Agricultural Resource Management and Environmental Stewardship | Vermont Agency of Agriculture | 116 State Street | | Montpelier | VT | 5620 |
| Office of Plant Industry Services | Virginia Department of Agriculture and Consumer | 102 Governor Street | | Richmond | VA | 23219 |
| Food Safety & Consumer Services Division | Washington State Department of Agriculture | P. O. Box 42560 | | Olympia | WA | 98504 |
| Regulatory and Environmental Affairs | West Virginia Department of Agriculture | 1900 Kanawha Blvd. | | East Charleston | WV | 25305 |
| Agrichemical Resource Management Division | Wisconsin Department of Agriculture, Trade | PO Box 8911 | | Madison | WI | 53708-8911 |
| Technical Services Division | Wyoming Department of Agriculture | 2219 Carey Avenue | | Cheyenne | WY | 82001 |
| Robert Califf | Commissioner of Food and Drugs | WO Bldg 1, 10903 New Hampshire Ave | | Silver Spring | MD | 20993 |
| Judy McMeekin | Office of Regulatory Affairs | 10903 New Hampshire Avenue | | Silver Spring | MD | 20993 |
| Barbara Cassens,Director | Office of Partnerships (OP)Office of Regulatory | 12420 Parklawn Drive, Element Building, | Rm 3029 | Rockville | MD | 20857 |
| William Burkholder, DVM, PhD | Pet Food Specialist | 7519 Standish Place | | Rockville | MD | 20855 |
| Animal and Plant Health Inspection ServicesCenter for Veterinary Biologics | Licensing and Policy Development | 1920 Dayton Ave. | PO Box 844 | Ames | IA | 50010 |
| Food Safety and Inspection Service | Office of Public Health Science | 901 D Street SW | Aerospace Building 3rd Floor | Washington | DC | 20250 |
| Office of Pesticide Programs | Office of Enforcement and Compliance Assurance | 1200 Pennsylvania Ave. NW | Ariel Rios Building | Washington | DC | 20004 |