# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES FILARDI, COURTNEY ANDERSEN, LISA BURMEISTER, KENNETH LEONARD, DOROTHY PETERSEN, STEPHANIE RANEY, IRENE NUNEZ, CONRADO MOREIRA, KIARA REED, NACOLE HOUSTON, MONIKA BENNETT, JASON JARRELL, ALISON BARNHILL, KIMBERLEE FERRIS, JEFFREY GOULD, MELISSA SWARINGEN-ORTON, MICHELLE RUBIANO, and COLEMAN STEPHENS on behalf of themselves and all others similarly situated, | Case No. 7:23-cv-11170-NSR |
| Plaintiffs, | **DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP RE: IMPLEMENTATION OF THE NOTICE PLAN AND SETTLEMENT ADMINISTRATION** |
| vs. | |
| MID-AMERICA PET FOOD, L.L.C., | |
| Defendants. | |

I, Steven Weisbrot, hereby declare as follows:

1.      I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge, as well as information that has been provided to me by my colleagues in the ordinary course of business at Angeion.

2.      My credentials were provided in my prior declaration outlining the Proposed Notice Plan in this settlement ("Notice Plan") (Dkt. No. 46).

3.      Angeion was appointed by this Court to serve as Settlement Administrator and to provide Notice to Settlement Class Members in accordance with the Notice Plan and perform the duties of the Settlement Administrator provided for in the Settlement Agreement. *See* Order Granting Unopposed Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Order") (Dkt. No. 50).

4.      The purpose of this declaration is to provide the Court with a summary of the work performed to disseminate Notice to the Settlement Class and an update regarding the number of claim forms, exclusions, and objections received.

## NOTICE PURSUANT TO THE CLASS ACTION FAIRNESS ACT OF 2005

5.      On November 29, 2024, on behalf of the Defendant, Angeion caused Notice of this Settlement and related materials ("CAFA Notice") to be sent to the Attorneys General of all states and territories, the departments of agriculture of all states and Puerto Rico, as well as the Attorney General of the United States and the United States Food and Drug Administration. A true and accurate copy of the CAFA Notice is attached hereto as **Exhibit A.**

## MEDIA NOTICE CAMPAIGN

6.      The Notice Plan included a state-of-the-art media notice campaign consisting of programmatic display advertising (i.e., internet banner advertisements), social media advertising via leading social media platforms Facebook and Instagram, and a paid search campaign via Google. This comprehensive media notice campaign was designed to deliver an approximate 80% reach across the Target Audience.[1] The 80% reach is independent from and does not include the direct notice efforts, claim stimulation efforts, Settlement Website or toll-free telephone support (discussed in greater detail below).

7.      The media notice campaign commenced on November 6, 2025, and concluded on December 5, 2025. True and accurate copies of the internet banner advertisements and social media advertisements are attached hereto as **Exhibits B** and **C** respectively.

8.      The media notice campaign results **exceeded expectations** by serving approximately 28,389,905 impressions (*i.e.,* opportunities to see an advertisement about the Settlement), which resulted in an approximate reach percentage of 83.47% with an average frequency of 3.21 times each.

---

[1] *See* Notice Plan ¶¶ 20, 22-34.

9.      The Federal Judicial Center states that a publication notice plan that reaches 70% of class members is one that reaches a "high percentage" and is within the "norm." Barbara J. Rothstein & Thomas E. Willging, Federal Judicial Center, "Managing Class Action Litigation: A Pocket Guide or Judges," at 27 (3d ed. 2010).

<u>DIRECT NOTICE</u>

**Class Data**

10.     Between October 21, 2025, and October 24, 2025, Angeion received a total of seven (7) data files from the Parties. The data files contained, where applicable, the names, mailing addresses, and email addresses for potential Settlement Class Members. Angeion analyzed and consolidated the data received, identifying 10,481 unique records.[2] Of these, Angeion identified 1,296 valid[3] email addresses and 1,480 mailing addresses (the "Class List").

**Email Notice**

11.     On November 7, 2025, Angeion caused Notice of the Settlement to be disseminated via email ("Email Notice") to the 1,296 potential Settlement Class Members with a valid email address on the Class List.  Of the 1,296 Email Notices sent, 1,260 were delivered and 36 could not be delivered. A true and accurate copy of the Email Notice is attached hereto as **Exhibit D**.

**Mailed Notice**

12.     On November 7, 2025, Angeion caused Notice of the Settlement ("Postcard Notice") to be mailed via the United States Postal Service ("USPS") first-class mail, postage

---

[2] Angeion's analysis of the consolidated data identified seven (7) duplicative records.
[3] Angeion subjected the email addresses to a cleansing and validation process. This process standardized the email addresses, cross-referenced them against Angeion's proprietary list of known bad email addresses, and verified them by contacting the Internet Service Provider ("ISP") to determine if the email addresses existed. As a result of the email cleansing and validation process, 1,296 valid email addresses were identified.

prepaid, to the 1,480 potential Settlement Class Members with mailing address information on the Class List.[4] A true and accurate copy of the Postcard Notice is attached hereto as **Exhibit E**.

13.    Postcard Notices that were returned by the USPS as undeliverable with a forwarding address were re-mailed to that forwarding address. Postcard Notices that were returned by the USPS without a forwarding address were subjected to an address verification search ("skip trace") in an attempt to locate an updated address. As a result of the above-described efforts, 30 Postcard Notices were remailed out of the 101 Postcard Notices returned as undeliverable.

<u>**CLAIM STIMULATION EFFORTS**</u>

14.    After consulting with the Parties, Angeion undertook additional noticing efforts designed to stimulate Settlement Class Member participation. The direct notice component of the claim stimulation efforts utilized reminder notices containing simplified messaging designed to encourage potential Settlement Class Members to visit the Settlement Website to learn more about the Settlement and submit a Claim Form. In addition, the Settlement was publicized on a third-party website that aggregates information about class action settlements for public consumption.

**Reminder Notices**

15.    On January 7, 2026, Angeion caused an additional Notice to be mailed ("Mail Reminder Notice") to the 1,373 potential Settlement Class Members who were sent an initial Postcard Notice and had not yet submitted a Claim Form. A true and accurate copy of the Mail Reminder Notice is attached hereto as **Exhibit F**.

16.    On January 7, 2026, Angeion caused an additional Notice to be emailed ("Email Reminder Notice") to the 1,202 potential Settlement Class Members whose Email Notice was

---

[4] Prior to mailing, the mailing addresses were processed through the USPS National Change of Address database to identify updated addresses for individuals who have moved within the last four years and who filed a change of address card with the USPS.

successfully delivered and who had not unsubscribed from future email communications and had not submitted a Claim Form. A true and correct copy of the Email Reminder Notice sent via email is attached hereto as **Exhibit G.**

**Class Action Settlement Listing**

17.     On January 6, 2026, Angeion caused a listing on OpenClassActions.com ("Open Class Actions") to be launched. The listing provides important information about the Settlement, including a copy of the Long Form Notice that can be viewed, and several links that take the user directly to the Settlement Website.

18.     Through January 21, 2026, approximately 11,562 active users have visited the Open Class Actions page, which has resulted in 9,205 click-throughs directly to the Settlement Website. The Settlement listing will remain accessible on Open Class Actions until February 5, 2026.[5] A copy of the text contained in the listing is attached hereto as **Exhibit H.**

## SETTLEMENT WEBSITE

19.     On November 6, 2025, Angeion activated a case-specific website, **www.midamericapetfoodsettlement.com** (the "Settlement Website"), where Settlement Class Members are able to file a claim directly on the website or download and print the Claim Form to be completed and mailed via the USPS. Additionally, the Settlement Website was designed so Settlement Class Members can easily view general information about this class action Settlement, including answers to frequently asked questions, review relevant Court documents, and view important dates and deadlines pertinent to the Settlement. The Settlement Website also has a

---

[5] The listing can be viewed at https://openclassactions.com/settlements/mid-america-pet-food-class-action-settlement.php until February 5, 2026.

"Contact Us" page whereby Settlement Class Members can send a message with any additional questions to a dedicated email address, info@midamericapetfoodsettlement.com. As of the date of this declaration, the Settlement Website has received 325,112 website visits by 298,559 unique users totaling 406,943 pageviews.

## TOLL-FREE HOTLINE

20.     On November 6, 2025, Angeion activated the following toll-free number dedicated to this Settlement: 1-888-559-4088. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and provide essential information regarding the Settlement. This hotline is accessible 24 hours a day, 7 days a week.  As of the date of this declaration, Angeion has received 606 calls totaling 124 minutes.

## CLAIM FORM SUBMISSIONS

21.     The deadline for Settlement Class Members to submit a Claim Form is February 5, 2026. As of January 21, 2026, there have been 47,775 Claim Form submissions. A preliminary review of these Claim Forms identified that 13,811 submissions claimed reimbursement for Pet Injury, and 46,898 submissions claimed reimbursement for Food Purchases.

22.     These Claim Form submissions are still subject to final review, processing in accordance with the Plan of Allocation and Settlement Agreement (e.g., claims seeking to recover $5,000 or more are subject to review by Class Counsel pursuant to Section V, ¶4 of the Settlement Agreement), and audits, including the full assessment of each claim's validity and a review for duplicate submissions. Angeion will continue to report to the Parties the number of Claim Form submissions it receives and will process them efficiently and in compliance with the requirements of the Settlement Agreement and the Plan of Allocation.

## EXCLUSIONS & OBJECTIONS

23.     The deadline for Settlement Class Members to request exclusion from the Settlement was January 6, 2026. As of the date of this declaration, Angeion has not received any exclusions.

24.     The deadline for Settlement Class Members to object to the Settlement was January 6, 2026. Angeion is aware of two objections to the Settlement (Dkt. Nos. 54 and 55).

25.     Zef Spaci (Dkt No 54) asserts that he was precluded from filing his claim online after receiving an error message that there were inconsistencies on his claim form. Mr. Spaci contacted Angeion via email on January 2, 2026. On January 5, 2026, after researching this claim submission, he was whitelisted and provided a link to submit his claim online. On January 5, 2026, he successfully submitted an online claim attached hereto as **Exhibit I.**

26.     Mike Sussman (Dkt No. 55) asserts that he was unable to file a claim on behalf of his business. Business entities can file claims by using the "first name" and "last name" boxes on the claim form, emailing the case inbox or by contacting the toll-free number associated with the settlement. Aside from Mike Sussman, Angeion has not been contacted by an entity having trouble filing a claim; however, in an abundance of caution, Angeion updated the claim form on January 21, 2026, and it now has a line specifically for business entities. On January 21, 2026, Angeion sent Mr. Sussman a detailed email offering to complete the claim form on behalf of his businesses for his review and signature. As of the date of filing this declaration, Angeion has not received a response from Mr. Sussman.

## NOTICE & ADMINISTRATION COSTS

27.     Through December 31, 2025, the cost to provide notice and administration services in this Settlement has totaled $184,684.62. Angeion estimates the remaining administration cost

through conclusion of the Settlement will be approximately $169,648.14 for a total estimated administration cost of $354,332.76.[6]

## REACH & FREQUENCY

28.    This declaration describes the reach and frequency evidence which courts systemically rely upon in reviewing class action publication notice programs for adequacy. The approximate 83.47% reach achieved by the media notice campaign exceeds the guidelines set forth in the Federal Judicial Center's Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide to effectuate a notice program which reaches a high degree of class members.

## CONCLUSION

29.    The Notice Plan effectuated in this Settlement featured a comprehensive state-of-the-art media notice campaign that independently delivered an approximate 83.47% reach with an average frequency of 3.21 times each. This reach percentage is separate and apart from the direct email and mail noticing efforts, claim stimulation efforts, Settlement Website and toll-free telephone support.

30.    It remains my professional opinion that the Notice Plan implemented in this Settlement provided full and proper notice to the Settlement Class Members before the applicable Settlement deadlines, and that the Notice Plan was the best notice practicable under the circumstances, fully comporting with due process and Fed. R. Civ. P. 23.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2026

_____
STEVEN WEISBROT

---

[6] This estimate was premised on available information available at this time, including issuing payments in a single distribution. Deviations from the projections generated from the currently available information can affect the actualized cost of remaining administration costs. Angeion will continue to keep the Parties apprised of administration costs on a monthly basis.

# EXHIBIT A



**1650 Arch Street • Suite 2210 • Philadelphia PA 19103**
**www.angeiongroup.com**

November 29, 2024

VIA USPS GROUND ADVANTAGE

United States Attorney General &
Appropriate Officials

**Re: Notice of Proposed Class Action Settlement**

Dear Counsel or Official:

This Notice is being provided to you on behalf of Mid America Pet Food, LLC ("Defendant") pursuant to the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the proposed class action settlement in the following action (the "Action"):

> **Case Name:** *Filardi et al. v. Mid America Pet Food, LLC*
> **Case No.:** No. 23-cv-11170
> **Jurisdiction:** Southern District of New York
> **Date Settlement Filed with Court:** November 20, 2024

Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement was filed with the Court on November 20, 2024. As of the date of this Notice, the Court has not yet scheduled a hearing on Plaintiffs' motion, granted preliminary approval of the proposed settlement, or scheduled a hearing for final approval of the settlement. 28 U.S.C. § 1715(b)(2).

Copies of all materials filed in the Action are electronically available on the Court's Pacer website found at https://pcl.uscourts.gov. In accordance with the requirements of 28 U.S.C. § 1715(b), copies of the following documents associated with this Action are available at https://www.angeiongroup.com/cafa, numbered as follows:

1. **28 U.S.C. § 1715(b)(1)-Complaint:**
   a. The *Class Action Complaint* was filed with the Court on December 22, 2023.
   b. The *Amended Consolidated Class Action Complaint* was filed with the Court on September 10, 2024.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** There are currently no scheduled hearings for this case as of the date of this Notice.

ACTIVE/133718889.2

Notice of Proposed Class Action Settlement

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The proposed *Notice Forms* (3a)*,* proposed *Claim Form* (3b)*,* and *Declaration of Steven Weisbrot of Angeion Group Re: The Proposed Notice Plan* (3c) were filed with the Court on November 20, 2024*.*

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:**
   a. The *Settlement Agreement* was filed with the Court on November 20, 2024.
   b. *Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement - Preliminary Certification of Settlement Class* (4b)*, Plaintiff's Memo in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement* (4c)*, Declaration of Jeffrey S. Goldenberg ISO Plaintiff's Motion for Preliminary Approval of Class Action Settlement* (4d)*,* and *Class Counsel's Firm Resumes* (4e) are also available at https://www.angeiongroup.com/cafa.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** Other than the Settlement Agreement, there are no other settlements or agreements made between the parties related to the proposed settlement.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:** As of the date of this Notice, no final judgment or notice of dismissal has been entered in the Action.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:**
   As defined in the settlement papers presented to the Court, the "Class" or the "Settlement Class" means all persons and entities residing in the United States who purchased one or more of the Mid America Pet Food Products.  Excluded from this Settlement Class are persons or entities whose claims are solely based upon the purchase of Mid America Pet Food Products for resale; corporate officers, members of the board of directors, and senior management of Defendant; persons or entities who otherwise meet the definition of Settlement Class Members, but who previously contacted Defendant prior to and during the pendency of this Action and/or the Texas Actions, signed a release and in exchange received financial compensation from Defendant; any and all judges and justices assigned to hear or adjudicate any aspect of this Action or the Texas Actions; any members of the Settlement Class that opt out prior to the opt out deadline; any entity in which Defendant has a controlling interest, and their legal representatives, officers, directors, assigns and successors; and Class Counsel.  In this class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, such that it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable

ACTIVE/133718889.2

Notice of Proposed Class Action Settlement

estimate of the proportionate share of the claims of class members residing in each state to the entire settlement.  28 U.S.C. § 1715(b)(7).

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:**  The Court has not issued a judicial opinion concerning the proposed settlement at this time. The *Proposed Order Granting Unopposed Motion for Preliminary Approval of Class Action Settlement* was filed on November 20, 2024, and is available at https://www.angeiongroup.com/cafa.

If you need assistance accessing the above-referenced documents on Angeion's CAFA website, please contact independent claims administrator Angeion Group at:

**Angeion Group**
1650 Arch Street, Suite 2210
Philadelphia PA 19103
www.angeiongroup.com
info@angeiongroup.com

If you have any questions for counsel regarding this Notice, the Action, or the materials provided with this Notice, please contact Defendant's counsel, Jordan D. Weiss, Goodwin Procter LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018, (212) 813-8800, jweiss@goodwinlaw.com.

# EXHIBIT B



**If you purchased certain Mid America Pet Food products between October 31, 2022, and February 29, 2024, you may be entitled to monetary benefits.**

LEARN MORE

# EXHIBIT C



**AG** GROUP
Sponsored · 🌐

Legal Notice: You may be entitled to monetary benefits if you purchased certain Mid America Petfood products.

If you purchased certain Mid America Pet Food products between October 31, 2022, and February 29, 2024, you may be entitled to monetary benefits.

 MIDAMERICAPETFOODSETTLEMENT.COM
**Mid America Petfood**
Class Action Settlement

Learn more

# EXHIBIT D

To: <<Class Member Email>>
From: Settlement Administrator <info@MidAmericaPetfoodSettlement.com>
Subject: Mid America Pet Food Class Action Settlement

Notice ID: <<00ID>>
Confirmation Code: <<Confirmation Code>>

<<First Name>> <<Last Name>>

**If you purchased certain pet foods produced by Mid America Pet Food between October 31, 2022 and February 29, 2024, you may be eligible for certain monetary benefits from a class action.**

A Settlement has been reached in a class action lawsuit against Mid America Pet Food LLC ("Defendant") that alleged Defendant marketed and sold pet food products contaminated with Salmonella, which can make pets sick or die. Defendant denies the allegations in the lawsuit, and the Court has not decided who is right.  The case is *Filardi v. Mid-America Pet Food*, Case No. 23-cv-11170-NSR and is pending in Federal Court for the Southern District of New York.

**You are receiving this notice because you may be a Settlement Class Member.** You are a Settlement Class Member if you purchased one or more of the Mid America Pet Food Products in the United States that were included in Defendant's recalls announced on September 3, October 30 or November 9, 2023, including Victor Super Premium Dog Food, Wayne Feeds Dog Food, Member's Mark Dog Food, Eagle Mountain Dog Pro Balance Dog Food, Dog Food Victor Super Premium Cat Food, and Wayne Feeds Cat Food. For a full list of the Pet Foods Products covered by this Settlement, visit **www.MidAmericaPetfoodSettlement.com.**

**What does the Settlement Provide?** Defendant has agreed to create a $5,500,000 Settlement Fund to be used to pay cash benefits to Settlement Class Members, class notice and settlement administration costs, attorneys' fees and expense reimbursements, and service awards to the Class Representatives. If you are a Settlement Class Member and submit a valid claim, you will receive a payment from the Settlement Fund consistent with the Plan of Allocation approved by the Court. Settlement Class Members can recover money by submitting valid Pet Injury Claims (e.g., payments for pet illness or death and related losses; breeder losses) and/or Consumer Food Purchase Claims (i.e., refunds for pet food purchase price). Generally, claims supported by documentation will be paid at higher amounts. For more information about the cash benefits available and to file Claims online, go to **www.MidAmericaPetfoodSettlement.com.**

**Your Options.** Settlement Class Members seeking monetary benefits must complete and submit a Claim Form to the Claims Administrator by **February 5, 2026**. Claim Forms can be submitted online at **www.MidAmericaPetfoodSettlement.com,** or by mail. If by mail, the Claim Form must be postmarked by **February 5, 2026**. You can also exclude yourself from, or object to the Settlement on or before **January 6, 2026**. If you do not exclude yourself from the Settlement, you will remain in the Settlement Class and will give up the right to sue the Defendant about the legal issues in this litigation. **A summary of your rights under the Settlement and instructions regarding how to submit a claim, exclude yourself, or object are available at www.MidAmericaPetfoodSettlement.com.**

The Court will hold a Final Approval Hearing on **February 6, 2026, at 10:00 AM.** At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and consider Class Counsel's request for attorneys' fees (not to exceed 33.33% of the Settlement Fund), expense reimbursement, and service awards for each Class Representative. The Court will also listen to people who have asked to speak at the hearing. You may attend the Hearing at your own expense, or you may also pay your own lawyer to attend, but it is not necessary.

This notice is a summary. The Settlement Agreement and more information about the lawsuit and Settlement are available at **www.MidAmericaPetfoodSettlement.com**  or by calling toll-free **1-888-559-4088.**  Inquiries should **NOT** be directed to Defendant, Defendant's Counsel, the Court, or the Clerk of the Court.

# EXHIBIT E

**Notice of Proposed Class Action Settlement**

*A court authorized this Notice.*

*This is not a solicitation from a lawyer.*

**If you purchased certain Mid America Pet Food products between October 31, 2022 and February 29, 2024, you may be entitled to monetary benefits.**

For more information visit the website:
**www.MidAmericaPetfoodSettlement.com**



or call toll-free **1-888-559-4088**

Mid America Pet Food Settlement
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

«ScanString»
Postal Service: Please do not mark barcode

Notice ID: «Notice ID»
Confirmation Code: «Confirmation Code»
«FirstName» «LastName»
«Address1»
«Address2»
«City», «StateCd» «Zip»
«CountryCd»

a $5.5 million Settlement has been reached in a class action lawsuit against Mid America Pet Food LLC ("Defendant"). Plaintiffs alleged Defendant injected and sold pet food products contaminated with Salmonella, which can make pets sick or die. Defendant denies the allegations in the lawsuit, and the Court has not decided who is right.  The case is *Filardi v. Mid-America Pet Food*, Case No. 23-cv-11170-NSR and is pending in Federal Court for the Southern District of New York.

**You are receiving this notice because you may be a Settlement Class Member.** You are a Settlement Class Member if you purchased one or more of the Mid America Pet Food Products in the United States that were included in Defendant's recalls announced on September 3, October 30 or November 9, 2023, including Victor Super Premium Dog Food, Wayne Feeds Dog Food, Member's Mark Dog Food, Eagle Mountain Dog Pro Balance Dog Food, Victor Super Premium Cat Food, and Wayne Feeds Cat Food. For a full list of the Pet Foods Products covered by this Settlement, visit **www.MidAmericaPetfoodSettlement.com.**

**What does the Settlement Provide?** Defendant has agreed to create a $5.5 million Settlement Fund to be used to pay cash benefits to Settlement Class Members, class notice and settlement administration costs, attorneys' fees and expense reimbursements, and service awards to the Class Representatives. If you are a Settlement Class Member and submit a valid claim, you will receive a payment from the Settlement Fund consistent with the Plan of Allocation approved by the Court. Settlement Class Members can recover money by submitting valid Pet Injury Claims (e.g., payments for pet illness or death and related losses; breeder losses) and/or Consumer Food Purchase Claims (i.e., refunds for pet food purchase price). Generally, claims supported by documentation will be paid at higher amounts. For more information about the cash benefits available and to file Claims online, go to **www.MidAmericaPetfoodSettlement.com.**

**Your Options.** Settlement Class Members seeking monetary benefits must complete and submit a Claim Form to the Claims Administrator by **February 5, 2026**. Claim Forms can be submitted online at **www.MidAmericaPetfoodSettlement.com**, or by mail. If by mail, the Claim Form must be postmarked by **February 5, 2026**. You can also exclude yourself from, or object to the Settlement on or before **January 6, 2026**. If you do not exclude yourself from the Settlement, you will remain in the Settlement Class and will give up the right to sue the Defendant about the legal issues in this litigation. **A summary of your rights under the Settlement and instructions regarding how to submit a claim, exclude yourself, or object are available at www.MidAmericaPetfoodSettlement.com**
 The Court will hold a Final Approval Hearing on **February 6, 2026, at 10:00 AM.** At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and consider Class Counsel's request for attorneys' fees (not to exceed 33.33% of the Settlement Fund), expense reimbursement, and service awards for each Class Representative. The Court will also listen to people who have asked to speak at the hearing. You may attend the Hearing at your own expense, or you may also pay your own lawyer to attend, but it is not necessary.

This notice is a summary. The Settlement Agreement and more information about the lawsuit and Settlement are available at **www.MidAmericaPetfoodSettlement.com** or by calling toll-free **1-888-559-4088.** Inquiries should **NOT** be directed to Defendant, Defendant's Counsel, the Court, or the Clerk of the Court.

# EXHIBIT F

**SETTLEMENT NOTICE REMINDER.**
**CLAIM DEADLINE IS APPROACHING.**
**File your claim TODAY!**

**A federal court authorized this Notice.**
**You are not being sued.**

**This is not a solicitation from a lawyer.**

**If you purchased specific Mid America Pet Food products between October 31, 2022 and February 29, 2024, you may qualify for a cash payment from a $5.5 million class action settlement.**

**For more information visit the website:**
**www.MidAmericaPetfoodSettlement.com,**
**scan the QR code below or call toll-free**
**1-888-559-4088.**



ACTIVE/203886933.1

Mid America Pet Food Settlement
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

«ScanString»
Postal Service: Please do not mark barcode

Notice ID: «Notice ID»
Confirmation Code: «Confirmation Code»
«FirstName» «LastName»
«Address1»
«Address2»
«City», «StateCd» «Zip»
«CountryCd»

**Why You're Receiving This:** A lawsuit *Girardi v. Mid America Pet Food*, No. 23-cv-NSR, 5/2NY, alleges certain Mid America pet foods were contaminated with Salmonella. Mid America denies wrongdoing. The Court has not decided who is right.

---

**Visit www.MidAmericaPetfoodSettlement.com to submit your claim now.**

---

**Are You in the Settlement Class?** You're included if you bought any of the voluntarily recalled products announced on Sept 3, Oct 30, or Nov 9, 2023 (e.g., Victor Super Premium, Wayne Feeds, Member's Mark, Eagle Mountain). See the full list at www.MidAmericaPetfoodSettlement.com.

**What You Can Receive:** Eligible Class Members who submit a valid claim can receive:

- Pet Injury Claims – reimbursement for vet bills, pet illness or death-related costs, breeder losses.
- Consumer Food Purchase Claims – refund of the purchase price for the voluntarily recalled food.

Claims with documentation are generally paid at higher amounts.

**How to Act:**

| Option | Deadline | Action |
|---|---|---|
| **File a Claim** (recommended) | Feb 5, 2026 | Complete the form online or mail it postmarked by the deadline. |
| **Exclude Yourself** | Jan 6, 2026 | Remove yourself from the settlement to keep your right to sue. |
| **Object** | Jan 6, 2026 | Tell the Court what you dislike about the settlement. |

---

**Visit www.MidAmericaPetfoodSettlement.com to claim your payment.**

---

**Court Hearing:** The Final Approval Hearing is **Feb 6, 2026, at 10:00 AM**. You may attend at your own expense, but attendance is not required.

**This notice summarizes the settlement.** Full details, FAQs, and claim forms: **www.MidAmericaPetfoodSettlement.com** or call

ACTIVE/203886933.1

Case 5:19-cv-4088- Please do not contact DNR America to lawyers on the court.

# EXHIBIT G

# SETTLEMENT NOTICE REMINDER: CLAIM DEADLINE IS APPROACHING

**File your claim TODAY!**

**A federal court authorized this Notice. You are not being sued.**

**This is not a solicitation from a lawyer.**

**If you purchased specific Mid America Pet Food products between October 31, 2022 and February 29, 2024, you may qualify for a cash payment from a $5.5 million class action settlement.**

**For more information visit the website:**

**www.MidAmericaPetfoodSettlement.com or call toll-free**

**1-888-559-4088.**

**FILE YOUR CLAIM**

## Why You're Receiving This:

A lawsuit (Filardi v. Mid-America Pet Food, No. 23-cv-11170-NSR, S.D.N.Y.) alleges certain Mid America pet foods were contaminated with Salmonella. Mid America denies wrongdoing. The Court has not decided who is right.

## Are You in the Settlement Class?

You're included if you bought any of the voluntarily recalled products announced on Sept 3, Oct 30, or Nov 9, 2023 (e.g., Victor Super Premium, Wayne Feeds, Member's Mark, Eagle Mountain). See the full list at www.MidAmericaPetfoodSettlement.com.

## What You Can Receive:

Eligible Class Members who submit a valid claim can receive:

- Pet Injury Claims – reimbursement for vet bills, pet illness or death-related costs, breeder losses.

- Consumer Food Purchase Claims – refund of the purchase price for the voluntarily recalled food.

Claims with documentation are generally paid at higher amounts.

## How to Act:

| Option | Deadline | Action |
|---|---|---|
| **File a Claim** (recommended) | Feb 5, 2026 | Complete the form online or mail it postmarked by the deadline. |
| **Exclude Yourself** | Jan 6, 2026 | Remove yourself from the settlement to keep your right to sue. |
| **Object** | Jan 6, 2026 | Tell the Court what you dislike about the settlement. |

## Court Hearing:

The Final Approval Hearing is **Feb 6, 2026, at 10:00 AM**. You may attend at your own expense, but attendance is not required.

**CLAIM YOUR PAYMENT**

## This notice summarizes the settlement.

Full details, FAQs, and claim forms:
**www.MidAmericaPetfoodSettlement.com** or call **1-888-559-4088**.
Please do not contact Mid America, its lawyers, or the Court.

From: _____ Claims Administrator

Unsubscribe

# EXHIBIT H

**Open Class Actions / Top Class Actions Sponsored Post**

**Mid America Pet Food $5.5M Class Action Settlement**

[Change image to a dog and cat eating, especially since dog food is the bigger category]

**Covered Brands:** Member's Mark, Victor, Wayne Feeds, Eagle Mountain

**Awards Vary by Claim Type:** Starting at $20+, view "What Benefits are Available?" section below

**Claim Deadline:** February 5, 2026

**Proof required:** Not for all claims

**Settlement Website:** http://www.midamericapetfoodsettlement.com/

**Submit Claim**

[Subheading]

If you purchased certain Mid America Pet Food dry dog or cat food between Oct. 31, 2022 and Feb. 29, 2024 that was voluntarily recalled on September 3, October 30, or November 9, 2023, you may be eligible for cash payments from a $5.5 million class action settlement.

Payments are available for food purchase claims and pet injury claims.

Some claims **do not require receipts**, making it easier to participate.


**What is the Mid America Pet Food Class Action About?**

This class action resolves claims related to certain Mid America Pet Food products that were voluntarily recalled due to potential Salmonella contamination.

The settlement compensates pet owners who purchased the potentially affected brands. Mid America Pet Food LLC denies the alleged wrongdoing, and the court has not decided in favor of Plaintiffs or Defendant. Instead, both sides agreed to a proposed settlement on behalf of everyone in the proposed Settlement Class.


**Which Mid America Pet Food Products are Included in the Settlement?**

**Click here to view a full list of eligible products.**


**Important Class Action Settlement Dates**

• Exclusion (Opt Out) Deadline: January 6, 2026
• Objection Deadline: January 6, 2026
• Claim Form Deadline: February 5, 2026
• Final Approval Hearing: February 6, 2026 at 10:00 AM (Webex Teleconference)

**What Benefits are Available?**

Settlement benefits are paid from the $5,500,000 Settlement Fund according to the Plan of Allocation. Settlement Class Members can recover money by submitting valid Pet Injury Claims and/or Consumer Food Purchase Claims. Fully Documented Pet Injury Claims are to be paid at 100% of approved documented losses. Pet Injury Claims Documented Solely By Declaration are to be paid at $50 for pets that became ill but did not die and $100 for pets that died. In addition, Settlement Class Members who submit valid Consumer Food Purchase Claims shall have their claims valued and paid as follows:

1. Documented Claims: 100% of approved submitted losses (e.g., the purchase price paid for Mid America Pet Food Products) if losses are supported by documentation (e.g., receipts; invoices; shipping order forms; confirmation emails; proof of payment; etc.).

2. Undocumented Claims: $20 for each bag of Mid America Pet Food Products  purchased, up to two (2) bags. Each Undocumented Claim is capped at $40.

All Documented and Undocumented Claims are subject to pro rata decrease as set forth in more detail in the Plan of Allocation located in the Settlement Agreement.


**Pro Rata Adjustments**: If there is money left in the Net Settlement Fund after paying all valid claims at full value, approved claims may be increased proportionally. If there is not enough money to pay all valid claims in full, payments will be reduced on a pro rata basis.


**What Are My Options?**

• **Submit a Claim:** Receive payment if eligible and your claim is approved.
• **Exclude Yourself:** Mail a valid Exclusion Request. You will not receive payment from this settlement.
• **Object:** If you stay in the Settlement Class, you may file a written objection to the settlement.
• **Do Nothing:** You stay in the Settlement Class and receive no payment.


**How Do I File a Claim?**

1. Complete the **Claim Form** online via the official website or by mail.

2. Choose the claim type (food purchase or pet injury).

3. Include documentation for full reimbursement if available.

4. Submit the form **online or postmarked by February 5, 2026**.

**Submit a Claim:** https://www.midamericapetfoodsettlement.com/submit-claim


**When Will I Get Paid?**

Payments will be issued after:

- The Court grants final approval of the settlement at or after the Final Approval Hearing on February 6, 2026,

- Any appeals are resolved, and

- Claims are reviewed and processed under the Plan of Allocation.

Approved claimants will be notified by the Settlement Administrator regarding their payment amount.

**How to Exclude Yourself**

To opt out, you must mail a written Exclusion Request to the Settlement Administrator so it is postmarked no later than January 6, 2026. Your request must include your full name, current address, a statement that you wish to be excluded from the Settlement Class in Filardi v. Mid-America  Pet Food, LLC, Case No. 23-cv-11170-NSR, and sufficient proof that you are a Settlement Class Member.

**How to Object**

If you do not exclude yourself, you may object by sending a written objection postmarked no later than January 6, 2026 to the Court, the Settlement Administrator, Class Counsel, and Defendant's Counsel. Your objection must include the case name and number, your contact information, reasons for your objection, proof of class membership, and whether you intend to appear at the Final Approval Hearing.

**Submit a Claim or view the Settlement Website visit:**
http://www.midamericapetfoodsettlement.com/

The case is *Filardi* v. *Mid-America Pet Food, LLC*, Case No. 23-cv-11170-NSR, in the United States District Court for the Southern District of New York

# EXHIBIT I

**MAP5035165**  Pending

Locked by: lwilliams@angeiongroup.com
Claim Type: generic
Created: 01/05/2026 03:40 PM
Last Updated: --/--/----

### Contact Information

| | |
|---|---|
| First Name | Zef |
| Last Name | Spaci |
| Email Address | zef.spaci@h2send.com |
| Phone Number | 412-357-6555 |
| Street Address | 501 Semple Drive |
| City | Irwin |
| State | PA |
| Zip Code | 15642 |
| Country | USA |
| Signature | Zef Spaci |
| Payment Method | Paper Check |

| 3B. Date of Purchase | 3B. Name of Retailer | 3B. Number of Bags Purchased | 3B. Price Paid Per Bag | 3B. Product Name Purchased | 3B. Retailer City | 3B. Retailer State | 4A. Dates of Purchase | |
|---|---|---|---|---|---|---|---|---|
| 2024-02-06 | Tractor Supply Co. | 1 | 30 | Victor Super Premium Dog Food Select Grain Free Chicken Meal & Sweet Potato Recipe (15 pound bag) | N. Versalle | PA | | |
| 2024-03-13 | Tractor Supply Co. | 1 | 30 | Victor Super Premium Dog Food Select Grain Free Chicken Meal & Sweet Potato Recipe (15 pound bag) | N. Versalle | PA | nan | |