# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES FILARDI, COURTNEY ANDERSEN, LISA BURMEISTER, GLENN JACKSON, KENNETH LEONARD, DOROTHY PETERSEN, STEPHANIE RANEY, IRENE NUNEZ, CONRADO MOREIRA, KIARA REED, NACOLE HOUSTON, MONIKA BENNETT, JASON JARRELL, ALISON BARNHILL, KIMBERLEE FERRIS, JEFFREY GOULD, MELISSA SWARINGEN-ORTON, MICHELLE RUBIANO, and COLEMAN STEPHENS on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MID AMERICA PET FOOD, LLC,<br><br>　　　　Defendant. | Case No. 7:23-cv-11170-NSR |

## DECLARATION OF BRANDON MCKAY

I, Brandon McKay, declare as follows:

1.　　I am the Chief Financial Officer at Mid America Pet Food, LLC ("MAPF"). I make this Declaration upon personal knowledge, and if asked, I could and would competently testify to these matters.

2.　　I have reviewed the claim form submitted by Zef Spaci in connection with the settlement of the above-referenced matter, in which Mr. Spaci represents, without supporting documentation, that he purchased a 15-lb. bag of Victor Super Premium Dog Food Select Grain Free Chicken Meal & Sweet Potato Recipe from Tractor Supply Co. in North Versaille, Pennsylvania on February 6, 2024, and that he purchased the same product at the same store location on March 13, 2024.

3. I supervised the review of MAPF's records concerning its sales to and the inventory held by the Tractor Supply Co. store in North Versaille, Pennsylvania during the relevant period of October 31, 2022 through February 29, 2024, as well as through March 13, 2024, the date of Mr. Spaci's purported second purchase.

4. MAPF's records reflect that the 15-lb. bag of Victor Super Premium Dog Food Select Grain Free Chicken Meal & Sweet Potato Recipe was not sold or held in inventory at the North Versaille, Pennsylvania Tractor Supply Co. location at any time during the relevant period or through March 13, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: January 22, 2026

------------------------------------------
Brandon McKay