# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES FILARDI, COURTNEY ANDERSEN, LISA BURMEISTER, KENNETH LEONARD, DOROTHY PETERSEN, STEPHANIE RANEY, IRENE NUNEZ, CONRADO MOREIRA, KIARA REED, NACOLE HOUSTON, MONIKA BENNETT, JASON JARRELL, ALISON BARNHILL, KIMBERLEE FERRIS, JEFFREY GOULD, MELISSA SWARINGEN-ORTON, MICHELLE RUBIANO, and COLEMAN STEPHENS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MID AMERICA PET FOOD, LLC,<br><br>Defendant. | Case No. 7:23-cv-11170-NSR<br><br>**REQEUST THE COURT ORDER ANGEION GROUP TO GIVE A STATEMENT OF REASONS WHY THEIR WEBSITE IS BLOCKING CLASS MEMBERS FROM FILING THIER CLAIMS**<br><br>**REQUEST THE COURT ORDER ANGEION TO PROVIDE HOW MANY ONLINE CLAIM SUBMISSIONS HAVE BEEN BLOCKED AND PREVENTED FROM FILING CLAIMS DUE TO THIS UNAUTHORIZED CLAIMS PROCESS**<br><br>**REQUEST THE COURT EXTEND THE DEADLINE TO ALLOW CLASS MEMBERS TO FILE THEIR CLAIMS DUE TO ANGION'S WEBSITE NOT ALLOWING THEM TO**<br><br>**Court Hearing Date**<br>**02/06/2026** |

Angeion Group ("Angeion") located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103, was appointed the Settlement Administrator in the above-entitled case Filardi v Mid-America Pet Food, LLC Class |Action Settlement Case No.*7:23-CV-11170*. Class members, by releasing all claims against defendants, were entitled to receive the benefits of the settlement in accordance with the procedures outlined in the Settlement agreement. However, Angeion Group is blocking class members from receiving the benefits they are entitled to. Their website is causing a burdensome process in which class members fill out a detailed claim form, taking an average of 30 minutes to complete. The process goes as far as confirming your payment selection by either verifying your phone number or email address with a security code. The only thing is that

everything you have done is all for nothing. When you click submit, a pop-up screen appears stating:

> Error 403: We have detected inconsistencies with your submission and/or interactions with the website. Please try again on a different device (and disable any privacy settings). If the problem persists, please contact us by clicking the Contact form (or emailing Info@midamericapetfoodsettlement.com) and include this submission ID:

I don't know about you, your honor, but when I saw this message, I was pissed off. I mean, seriously, why did I just spend 30 minutes completing this form, locating all my documents, dates, and addresses, only to have to do it all over again? I said forget it and emailed the claims administrator to do it for me, since they should have all my information I just entered on my claim form.

I tried to submit my claim on January 7, 2026, but the claims website did not allow me to do so. I emailed the claims administrator on the same day about the issue I was having, and they basically told me to try again and verify my information. **Exhibit A.** I tried again today, January 26th, and received the same pop-up message. **Exhibit B.** On the first submission, I had to verify my email to validate the payment method I chose. On the second submission, I was required to verify my phone number. In both submissions, I was able to validate my payment choice. I have now spent more than 45 minutes trying to submit my claim and have not been able to do so. I am convinced that the claims administrator is preventing my claim from being submitted. I have read the court documents, searched online, and seen that I am not the only one having issues submitting an online claim form. Angeion contradicts their own Declaration ECF 46 p. 12 ¶43

> Settlement Class Members can also securely submit a Claim Form and upload supporting documentation online via the Settlement Website.

If this were true, why are class members complaining that they cannot submit their claims online? I'll tell you why. Because it is a lie. They are deliberately preventing class members from submitting their claims to curb the claims rate.

This court and all other courts need to understand what is happening in Class Action cases. Look at the data. You have a claims rate that has averaged 1-3% the last 15 years. You have Class counsel's standard fees raised from 25% to now 33% of a settlement fund. You have Claims Administrators' fees increased from a couple of hundred thousand per settlement to now in the millions per settlement. And the claims rate has stayed the same. The claims administrators and Class Counsel are manipulating the numbers and approving only amounts within the 1-3% average range. To combat this and to protect the interests of absent class members, JUDGES! NEED TO STOP DEFERRING TO CLASS-ACTION LAWYERS

I am requesting that the court extend the claims deadline to allow Angeion to fix its claims website and allow class members to complete their online claims submissions

I am requesting the court order Angeion to disclose how many online Error 403 they have received since the online claim submission when active. And what they have done to correct this Error 403.

I am requesting the court order Angeion to give a statement of reason why they have not disclosed the Error 403 to the court, since it has a direct relation to the absent class members nationwide.

Wolfman, Brian, "Judges! Stop Deferring to Class-Action Lawyers" (2013). *Georgetown Law Faculty Publications and Other Works*. 1272. https://scholarship.law.georgetown.edu/facpub/1272

January 26, 2026
_____
Date

Verionca Mosqueda
mosquedaver@yahoo.com

3

Re: Re: Mid America Petfood Filardi Payment Validation

From: Mid American Petfood Settlement (info@midamericapetfoodsettlement.com)
To: mosquedaver@yahoo.com
Date: Tuesday, January 13, 2026 at 11:05 AM PST

 External images are now more secure, and shown by default.  Change in Settings

Thank you for contacting the Mid America Petfood Settlement Administrator.

After reviewing your submission attempt, it was determined the system was unable to validate the personal information provided. Please try again and verify all your personal information, including adding any unit or apartment numbers that may be attached to your address. If you continue to have an issue, please contact us again for further assistance.

Thank You,
Mid America Petfood Settlement Administrator
www.MidAmericaPetfoodSettlement.com


[RW4JNE-W1593]

> On January 8, 2026 at 12:03:08 AM UTC, mosquedaver@yahoo.com wrote:
>
> Did not allow my claim to be submitted
>
> Told me me to email you guys with this id #
>
> 11ff9c56-bdf4-4de1-8edb-0b83f2c9261b
>
> I had already completed the whole process you guys should have my submitted claim. Thank you
>
> Yahoo Mail: Search, Organize, Conquer
>
>> On Wed, Jan 7, 2026 at 3:49 PM, Mid America Petfood Filardi Administrator
>> <no-reply@verifypaymentinfo.com> wrote:
>>
>> Your payment verification code is: 633389
>>
>> Our records indicate that you have attempted to verify your payment method for Mid America Petfood Filardi. To complete this process and confirm your email address, please enter the code above on the verification page.
>>
>> If you have not attempted to verify your payment method, please disregard this email.

## VII. VERIFICATION

I declare under penalty of perjury that the above information is true and correct to the best of my recollection. I understand that the above information I provided to support my claim(s) may be reviewed and verified by the Settlement Administrator, the Court, and counsel for the part[ies] ... iscretion, to contact me and/or my pet(s)' treating veterinarian, see ... el, and/or Mid America Pet Food, and to fully investigate and make a ... ocumentation submitted and any other materials determined to ... n conjunction with a veterinarian or other expert, if necessary) to rev... ermination as to the validity and value of my claim.

**Electronic Signature Notice**
By typing your name below and ... signature.

Verionca Mosqueda

Signature*

If submitting a business claim:

Business Name

Signature (on behalf of business)

1/26/2026, 12:13:20 PM
Date

Submit

---

**Error 403**    ✕

We have detected inconsistencies with your submission and/or interactions with the website. Please try again or on a different device (and disable any privacy settings). If the problem persists, please contact us by clicking the Contact form (or emailing info@midamericapetfoodsettlement.com) and include this submission ID: 37741317-960b-4653-9a7e-3319cace9c8c.

Close



