**ZEF SPACI**
**501 SEMPLE DRIVE**
**N HUNTINGDON PA 15642**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**FILARDI, et al.,**
Plaintiffs,

v.

**MID AMERICA PET FOOD, LLC**
Defendant.

Case No. **7:23-cv-11170-NSR**

**NOTICE OF APPEAL**

OBJECTOR ZEF SPACI notifies the Court that he appeals from the Order entered on February 6, 2026, to the United States Court of Appeals for the Second Circuit.

Respectfully submitted,



Zef Spaci



RECEIVED
MAR 04 2026
U.S.D.
W.P.

Zef Spaci
501 Sample
Irwin, PA 15642

US District Court
RE; 7:23-cv-11170-NSR
$605.00



This package is made from post-consumer waste. Please recycle - again.

**UNITED STATES POSTAL SERVICE ®** | **PRIORITY MAIL**

🀫 Expected delivery date specified for domestic use.

🀫 Domestic shipments include $100 of insurance (restrictions apply).*

🀫 USPS Tracking® service included for domestic and many international destinations.

🀫 Limited international insurance.**

🀫 When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH
how2recycle.info

---

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PAPER
how2recycle.info

---

**UNITED STATES POSTAL SERVICE ®**

**P** PRIORITY MAIL®  **Click-N-Ship®**

usps.com
$14.25
US POSTAGE

03/02/2026
1 lb 0 oz

9410 8301 0935 5008 4557 64 0103 0001 0001 0801

Mailed from 15642  29760494391240




ZEF SPACI
601 SEMPLE DR
NORTH HUNTINGDON PA 15642-1273

Created 2026-03-02
Flat Rate Envelope
RDC 03

SIGNATURE REQUIRED

UNITED STATES DISTRICT COURT
CLERK COURT
300 QUARROPAS ST
WHITE PLAINS NY 10601-4140

C003

USPS SIGNATURE TRACKING #

9440 8301 0935 5008 4557 64

RECEIVED
MAR 04 2026
U.S.
W.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

# U.S. District Court

## New York Southern - White Plains

Receipt Date: Mar 4, 2026 11:36AM

Zef Spaci

| Rcpt. No: 1116 | Trans. Date: Mar 4, 2026 11:36AM | | Cashier ID: #MY (6983) | |

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| MO | Money Order | #29544223702 | 03/2/2026 | $605.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $605.00 |
| Total Tendered: | $605.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

Comments: 23-cv-11170

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.