Mike Sussman
1686 S Federal Highway #151
Delray Beach FL 33433
mike.sussman@pm.me

RECEIVED
SDNY DOCKET UNIT
2026 MAR 10  AM 10: 03

March 2, 2026

Clerk of Court
US District Court
300 Quarropas Street
White Plains, NY 10601-4150

    In re: Filardi, et al. v. Mid-America Pet Food, LLC, Case No. 23-cv-1170.

To the Court:

    NOTICE OF APPEAL

    I appeal Entry 66, Order Granting Motion for Final Approval and Final Judgment to the U.S.
    Court of Appeals for the Second Circuit.


    Very truly yours,

    Michael Sussman

# U.S. District Court

## New York Southern - White Plains

Receipt Date: Mar 10, 2026 10:58AM

Mike Sussman

Rcpt. No: 1121                    Trans. Date: Mar 10, 2026 10:58AM                    Cashier ID: #KM (7018)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| MO | Money Order | #55035113375 | 03/3/2026 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: 23cv1170 Appeal for entry number 66

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED




# UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL

…d delivery date specified for domestic use.

…ic shipments include $100 of insurance (restrictions apply).*

…racking® service included for domestic and many international destinations.

…international insurance.**

…sed internationally, a customs declaration form is required.

…oes not cover certain items. For details regarding claims exclusions see the

…ail Manual at *http://pe.usps.com.*

…ational Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

… RATE ENVELOPE

…E ■ ANY WEIGHT

…CKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP





…S00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

---

## UNITED STATES POSTAL SERVICE®    Click-N-Ship®

P

usps.com
**$14.25**
US POSTAGE

9410 8301 0935 5008 4657 57 0103 0001 0001 0601


U.S. POSTAGE PAID
Click-N-Ship®



03/02/2026
1 lb 0 oz

Mailed from 33483    920932835487717

### PRIORITY MAIL®

M SUSSMAN
PMB 151
1686 S FEDERAL HWY
DELRAY BEACH FL 33483-5030

Created 2026-03-02
Flat Rate Envelope

RDC 03

C003

SIGNATURE REQUIRED

 TO:

US DISTRICT COURT
CLERK OF COURT
300 QUARROPAS ST
WHITE PLAINS NY 10601-4140

**USPS SIGNATURE TRACKING #**



9410 8301 0935 5008 4657 57



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.